IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LAURIE BORDOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 06-3016-CV-S-DW |
| COUNTY OF GREENE, | ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1). The Court having considered said motion and the attached affidavit of financial status, it is found that Plaintiff has failed to provide sufficient financial information for the Court to properly determine whether Plaintiff is without means to pay the filing fee for this case. Accordingly, it is hereby

ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: March 28, 2006