IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| LAURIE BORDOCK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 06-3016-CV-S-DW |
|  | ) |  |
| COUNTY OF GREENE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

      On December 6, 2007, the Court ordered Plaintiff Laurie Bordock to show cause why this case should not be dismissed for failure to fully participate in the discovery process and participate in a scheduling conference. The Court ordered Plaintiff to file a written response with the Court within thirty (30) days. Plaintiff did not file a response within the appropriate period. On January 29, 2008, the Court received a letter from Plaintiff. This letter did not address or explain her failure to participate in the discovery process or scheduling conference, instead it is a rambling narrative purporting to explain the merits of her claims in this action. This case has been before the Court for over two years with no appreciable progress. This is due, in large part, to Plaintiff's failure to follow pretrial procedures and to otherwise actively prosecute this matter.

      Accordingly, the Court now dismisses this action *without prejudice*. The Clerk of the Court is directed to send—via certified mail, return receipt requested—a copy of this Order to Laurie Bordock at her last known address.

      /s/ DEAN WHIPPLE

      Dean Whipple

February 4, 2008      United States District Court Judge